The Honorable Richard A Jones
NOTE ON MOTION CALENDAR:
September 23, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PACIFIC INTERNATIONAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLY GLOBAL INVESTMENT, INC., a Washington corporation; and JOSEPH OH and JANE DOE OH, husband and wife, and the marital community composed thereof,<br><br>Defendants. | Cause No.: CV 111433 RAJ<br><br>DECLARATION OF TIMOTHY J. GRAHAM IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND FOR LACK OF SUBJECT MATTER JURISDICTION |

Timothy J. Graham, under penalty of perjury, pursuant to the laws of the State of Washington, declares the following as true and correct:

1. I am the attorney representing Pacific International Bank, the Plaintiff in the above-captioned matter. I am making this declaration from my own knowledge.



HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 - 112th Avenue NE, Suite 200
Bellevue, WA 98004-2936
(425) 454-3374
tgraham@hansonbaker.com

2. I have attached as Exhibit A a true and correct copy of Pacific's Verified Complaint for Appointment of General Receiver and Breach of Commercial Guarantees.

3. I have attached as Exhibit B a true and correct copy of proof of service of Pacific's Verified Complaint.

4. I have attached as Exhibit C a true and correct copy of Order to Show Cause Why a Receiver Should Not be Appointed for Holly Global.

5. I have attached as Exhibit D a true and correct copy of Holly Global's Proposed Order to Dismiss Chapter 11.

DATED this 6TH day of September, 2011 in Bellevue, Washington.

Timothy J. Graham



C:\Users\asmith\APPDATA\LOCAL\TEMP\WDGX\EB4\OPEN\0002\B0138583.DOC - ams

HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 - 112th Avenue NE, Suite 200
Bellevue, WA 98004-2936
(425) 454-3374
tgraham@hansonbaker.com

# EXHIBIT A

SUPERIOR COURT OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| PACIFIC INTERNATIONAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLY GLOBAL INVESTMENT, INC., a Washington corporation; and JOSEPH OH and JANE DOE OH, husband and wife and the marital community composed thereof,<br><br>Defendants. | Cause No.: 11-2-16009-2 SEA<br><br>VERIFIED COMPLAINT FOR (1) APPOINTMENT OF A GENERAL RECEIVER, AND (2) BREACH OF COMMERCIAL GUARANTIES |

COMES NOW Plaintiff, Pacific International Bank ("Pacific"), by and through its attorneys, Hanson Baker Ludlow Drumheller P.S., and alleges as follows:

## 1. PARTIES

1.1 Plaintiff Pacific is a Washington state chartered commercial bank doing business in King County, Washington. The Bank has complied with all conditions necessary to bring this action.



HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 - 112th Avenue NE, Suite 200
Bellevue, WA 98004-2936
(425) 454-3374
tgraham@hansonbaker.com

E-FILED
5-4-11

1.2 Defendant Holly Global Investment, Inc. ("Holly Global") is a Washington corporation doing business in King County, Washington.

1.3 Defendants Joseph Oh and Jane Doe Oh are husband and wife, and as such, constitute a marital community under the laws of the State of Washington. Mr. and Mrs. Oh live in Pierce County, Washington. Neither Mr. nor Mrs. Oh is in the military service of the United States of America. All acts performed by Joseph Oh ("Oh") were performed on behalf of and provide a benefit to his marital community.

## 2. JURISDICTION AND VENUE

2.1 This Court has jurisdiction over the parties and the subject matter of this lawsuit.

2.2 Venue is proper in this Court.

## 3. FACTS

The Large Loan

3.1 **Promissory Note**. On or about December 3, 2009, Holly Global executed a promissory note in favor of Pacific in the original amount of $1,615,000 (the "Large Note"). A true and correct copy of the Large Note is attached as **Exhibit A**.

3.2 The Large Note requires monthly payments in accordance with the terms of the Large Note. Holly Global has failed to make payment as required by the Large Note. Between September to December 2010 Holly Global made monthly payments late in both September and October and failed to make the payments due



HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 - 112th Avenue NE, Suite 200
Bellevue, WA 98004-2936
(425) 454-3374
tgraham@hansonbaker.com

on November 3 and December 3, 2010. Pacific sent a demand letter to Holly Global on December 13, 2010 and notified it that if the delinquent payments and fees were not paid by December 23, 2010, that interest would accrue at the default rate as permitted under the loan documents. Holly Global failed to reinstate the loan by December 23, 2010 and the default premium was assessed. On February 2, 2011 Holly Global tendered an amount sufficient to pay the regular monthly payments due on December 3, 2010 and January 3, 2010 but insufficient to pay interest at the default premium. On March 14, 2011 Holly Global tendered an amount sufficient to pay the payment due for February 3, 2011 at the ordinary note rate. On April 6, 2011 Holly Global paid an amount sufficient to pay the payment due for March 3, 2010 at the ordinary note rate. Its last payment was on April 6, 2011. As of April 15, 2011, the total amount owed to the Bank relating to the Large Note, including interest and late fees, but excluding attorney's fees and other fees and costs, was $1,666,110.75. The per diem default rate on the Large Loan is $801.32.

3.3 **<u>Business Loan Agreement.</u>** As part of the Large Note transaction, Holly Global executed a Business Loan Agreement on or about December 3, 2009, a true and correct copy of which is attached as **Exhibit B**.

3.4 **<u>Commercial Security Agreement.</u>** Holly Global also executed a Commercial Security Agreement. A true and correct copy of the Commercial Security Agreement ("Security Agreement") is attached as **Exhibit C**. The Security Agreement is additional security for the repayment of all sums due under the Large



HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 - 112th Avenue NE, Suite 200
Bellevue, WA 98004-2936
(425) 454-3374
tgraham@hansonbaker.com

Note. The Security Agreement gave Pacific a first position security interest in all assets of Holly Global, including but not limited to inventory, equipment, fixtures, accounts, chattel paper, instruments, other rights to payment and performance, and general intangibles (the "Collateral"). The Security Agreement further gives Pacific the right to have a receiver appointed to take possession of the Collateral in the event of Holly Global's default. See Exhibit C at pages 1 (defining "collateral"), and 4 (consent to appointment of receiver).

3.5 **Deed of Trust.** On or about December 3, 2009, Holly Global executed a Deed of Trust in favor of Pacific which was duly recorded on or about December 8, 2009. A copy of this Deed of Trust is attached as **Exhibit D**. The Deed of Trust states at page 7:

> **Collect Rents.** Lender shall have the right, without notice to Grantor to take possession of and manage the Property and collect the Rents, including amounts past due and unpaid, and apply the net proceeds, over and above lender's cost, against the Indebtedness. In furtherance of this right, Lender may require any tenant or other user of the Property to make payments of rent or use fees directly to Lender. If the Rents are collected by Lender, then Grantor irrevocably designates Lender as Grantor's attorney-in-fact to endorse instruments received in payment thereof in the name of Grantor and to negotiate the same and collect the proceeds. Payments by tenants or other users to Lender in response to Lender's demand shall satisfy the obligations for which the payments are made, whether or not any property grounds for the demand existed. Lender may exercise its rights under this subparagraph either in person, by agent, or through a receiver.



HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 - 112th Avenue NE, Suite 200
Bellevue, WA 98004-2936
(425) 454-3374
tgraham@hansonbaker.com

> **Appoint Receiver**. Lender shall have the right to have a receiver appointed to take possession of all or any part of the Property, with the power to protect and preserve the Property, to operate the Property preceding or pending foreclosure or sale, and to collect the Rents from the Property and apply the proceeds, over and above the cost of the receivership, against the Indebtedness. The receiver may serve without bond if permitted by law. Lender's right to the appointment of a receiver shall exist whether or not the apparent value of the Property exceeds the Indebtedness by a substantial amount. Employment by Lender shall not disqualify a person from serving as a receiver.

The Construction Loan

3.6 **Promissory Note.** On or about February 24, 2010, Holly Global executed a promissory note in the original principal amount of $250,000 (the "Construction Note"). A true and correct copy of the Construction Note is attached as **Exhibit E**.

3.7 The full amount owed on the Construction Note became due and payable on March 1, 2011. Holly Global failed to make payment as required by the Construction Note. Its last payment was in October 2010. As of April 15, 2011, the total amount owed to Pacific related to the Construction Note, including interest and late fees, but excluding attorney's fees and other fees and costs, was $264,698.10. The per diem default rate on the Construction Loan is $123.46.

3.8 **Business Loan Agreement**. As part of the construction loan, Holly Global executed a Business Loan Agreement on or about February 24, 2010, a true and correct copy of which is attached as **Exhibit F**.



HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 - 112th Avenue NE, Suite 200
Bellevue, WA 98004-2936
(425) 454-3374
tgraham@hansonbaker.com

3.9 **Deed of Trust and Assignment of Rents**. Holly Global also executed a Deed of Trust and an Assignment of Rents in favor of Pacific on or about February 24, 2010. Copies of Holly Global's Deed of Trust and Assignment of Rents are attached as **Exhibits G and H**.

3.10 The Deed of Trust includes provisions which allow Pacific to collect rents and appoint a receiver in the event of default. These provisions are identical to the "Collect Rents" and "Appoint Receiver" provisions quoted in paragraph 3.5 above. See Exhibits G and H at pages 7 and 4, respectively.

Commercial Guaranties

3.11 **Commercial Guaranties**. Oh executed Commercial Guaranties unconditionally guaranteeing Holly Global's obligations to Pacific under the Large Note and the Construction Note. True and correct copies of Oh's Guaranties are attached as **Exhibits I and J**.

3.12 Pacific demanded that Holly Global and Oh pay all amounts owed on the Large Note and the Construction Note. Defendants have failed to pay as required.

## 4. BREACH OF LARGE NOTE

4.1 Pacific realleges all facts stated in paragraphs 1.1 through 3.12 above.

4.2 The Large Note is a valid contract, which is binding on Holly Global.



HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 - 112th Avenue NE, Suite 200
Bellevue, WA 98004-2936
(425) 454-3374
tgraham@hansonbaker.com

4.3 Holly Global failed to make monthly payments to Pacific as required by the Large Note. Holly Global is more than 150 days past due on its monthly payments on the Large Note.

4.4 The Large Note is now in default.

4.5 The Large Note requires that Holly Global pay all of Pacific's attorney's fees and costs incurred in the enforcement of its right under the Large Note.

4.6 Pacific demanded that Holly Global pay all amounts owed under the Large Note, and Holly Global failed to pay as required.

4.7 As of April 15, 2011, Pacific has been damaged by Holly Global's breach of the Large Note in the principal amount of $1,666,110.75 plus attorney's fees and other fees and costs. Interest continues to accrue on the amount owed on the Large Note at a per diem rate of $801.32.

## 5. BREACH OF SMALL CONSTRUCTION NOTE

5.1 The Bank realleges all facts stated in paragraphs 1.1 through 4.7 above.

5.2 The Construction Note is a valid contract, which is binding on Holly Global.

5.3 Payment was due on the Construction Note on March 1, 2011. Holly Global has failed to pay Pacific as required by the Construction Note. Holly Global



HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 - 112th Avenue NE, Suite 200
Bellevue, WA 98004-2936
(425) 454-3374
tgraham@hansonbaker.com

made its last payment on October 20, 2010 and is more than 150 days past due on its monthly payments on the Large Note.

5.4 The Construction Note is now in default.

5.5 The Construction Note requires that Holly Global pay all of Pacific's attorney's fees and costs incurred in enforcement of Pacific's rights under the Construction Note.

5.6 Pacific demanded that Holly Global pay all amounts owed under the Construction Note, and Holly Global failed to pay as required.

5.7 As of April 15, 2011, Pacific has been damaged by Holly Global's breach of the Construction Note in the principal amount of $264,698.10 plus attorney's fees and other fees and costs. Interest continues to accrue on the amount owed on the Construction Note at a per diem rate of $123.46.

## 6. BREACH OF COMMERCIAL GUARANTIES

6.1 Pacific realleges all facts stated in paragraphs 1.1 through 5.7 above.

6.2 The Oh Guaranties attached as Exhibits I and J are binding on Oh and his marital community.

6.3 Based on Holly Global's defaults on the Large Note and the Construction Note, and based upon the terms of the Commercial Guaranties, Oh and his marital community are obligated to pay Pacific the outstanding principal balances on the Large Note and the Construction Note, together with all unpaid interest, late charges, and Pacific's attorney's fees and costs incurred in enforcement of the Large



HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 - 112th Avenue NE, Suite 200
Bellevue, WA 98004-2936
(425) 454-3374
tgraham@hansonbaker.com

Note, the Construction Note, and the Commercial Guaranties and other loan documents.

6.4 Pacific demanded that Oh pay all amounts owed under the Large Note and the Construction Note, but Oh failed to pay as required.

6.5 As of April 15, 2011, Pacific has been damaged by Oh's breaches of the Commercial Guaranties in the principal amounts of $1,666,110.75 (Large Loan) and $264,698.10 (Construction Loan) plus interest, attorney's fees and costs. Interest continues to accrue on both the Large Note and the Construction Note.

## 7. APPOINTMENT OF GENERAL RECEIVER

7.1 Pacific realleges all facts stated in paragraphs 1.1 through 6.5 above.

7.2 Holly Global executed and delivered a Commercial Security Agreement and Deeds of Trust to Pacific to secure, among other things, repayment of the Large Note and the Construction Note. See Exhibits C, D, E, and H.

7.3 The Commercial Security Agreement and the Deeds of Trust grant Pacific the right to have a receiver appointed to take possession of all or any part of the collateral –encompassing both personal and real property--identified in the Security Agreement and the Deeds of Trust, with the power to protect and preserve the collateral, to manage and operate the collateral, and to collect the rents from the collateral and to apply said rents, over and above the cost of the receivership, against the balance owed on the Large Note and the Construction Note.



HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 - 112th Avenue NE, Suite 200
Bellevue, WA 98004-2936
(425) 454-3374
tgraham@hansonbaker.com

7.4 The Security Agreement and the Deeds of Trust also grant Pacific the right, either directly or through a receiver, to collect the payments, rents, income and revenue from the real property and personal property collateral identified in the Security Agreement and the Deeds of Trust.

7.5 Holly Global failed to apply the revenues produced by the real property and personal property collateral to the balances owed on the Large Note and the Construction Note. It is necessary to appoint a general receiver in order to protect the collateral and its revenue producing potential and to secure justice for the parties.

7.6 Pacific is entitled to the appointment of a general receiver pursuant to the Security Agreement and Deeds of Trust delivered to Pacific. RCW 7.60.025 *et seq*. also permits appointment of a general receiver for Pacific.

## 8. PRAYER FOR RELIEF

WHEREFORE, Pacific prays for the entry of judgment and an Order as follows:

8.1 Entry of a judgment against Defendants and; where applicable, their marital communities, jointly and severally, in an amount to be proven at trial, which includes the outstanding principal balances on the Large Note and the Construction Note, together with (a) interest at the default rate specified in the Large Note and the Construction Note until the judgment is entered; (b) late charges; (c) attorney's fees;



HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 - 112th Avenue NE, Suite 200
Bellevue, WA 98004-2936
(425) 454-3374
tgraham@hansonbaker.com

(d) costs; and (e) interest at the statutory rate or the default rate, whichever is greater, from the date of the judgment until the judgment is paid.

8.2 Following a show cause hearing on a motion for appointment of a general receiver, entry of an order appointing a general receiver.

8.3 Entry of an Order granting such other and further relief as the Court deems just and equitable.

DATED this 4TH day of May, 2011.

HANSON BAKER LUDLOW
DRUMHELLER P.S.

By: ______________________
TIMOTHY J. GRAHAM
WSBA No. 26041
tgraham@hansonbaker.com
Attorney for Plaintiff

## VERIFICATION

STATE OF WASHINGTON )
COUNTY OF KING ) ss.

I, James A. Preston, under penalty of perjury pursuant to the laws of the State of Washington, declares the following to be true and correct:

1. I am a Senior Vice President and Credit Risk Manager for Pacific International Bank.

2. I have reviewed the business records related to the loans to Holly Global Investment, Inc. described in this Complaint. These records are maintained by Pacific International Bank in the ordinary course of business.



HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 - 112th Avenue NE, Suite 200
Bellevue, WA 98004-2936
(425) 454-3374
tgraham@hansonbaker.com

2. I have read the foregoing Verified Petition to Appoint Receiver, understand its content, and based on my review of Pacific International Bank records, believe that the allegations contained in the Petition are true and correct.

James A. Preston

James A. Preston

SUBSCRIBED AND SWORN to before me this 3rd day of May 2011.

K KENNY XIONG
COMMISSION EXPIRES
NOTARY PUBLIC
2-22-2015
STATE OF WASHINGTON

K Kenny Xiong

Print Name: K Kenny Xiong
NOTARY PUBLIC in and for the State of Washington, residing at
Lake Stevens, WA
My commission expires Feb 22, 2015



HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 - 112th Avenue NE, Suite 200
Bellevue, WA 98004-2936
(425) 454-3374
tgraham@hansonbaker.com

# EXHIBIT B

# SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

PACIFIC INTERNATIONAL BANK,
Plaintiff/Petitioner

vs.

HOLLY GLOBAL INVESTMENT, INC., A WASHINGTON CORPORATION, ET AL,
Defendant/Respondent

Cause #: **11-2-16009-2SEA**

Declaration of Service of:

**SUMMONS AND VERIFIED COMPLAINT FOR (1) APPOINTMENT OF A GENERAL RECEIVER, AND (2) BREACH OF COMMERCIAL GUARANTIES; MEMORANDUM IN SUPPORT OF (1) MOTION FOR ORDER SHORTENING TIME AND (2) MOTION FOR ORDER TO SHOW CAUSE WHY A GENERAL RECEIVER SHOULD NOT BE APPOINTED; ORDER TO SHOW CAUSE (CERT. COPY); DECLARATION OF JAMES PRESTON; ORDER SETTING CIVIL CASE SCHEDULE**

Hearing Date: **May 17 2011**

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of **May 6 2011 3:20PM**

at the address of **9915 S TACOMA WY LAKEWOOD**

within the County of **PIERCE** State of **WASHINGTON**

the declarant duly served the above described documents upon

**HOLLY GLOBAL INVESTMENT, INC., A WASHINGTON CORPORATION**

by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with

**Joseph Oh, Registered Agent A gray/black-haired Asian male approx. 55-65 years of age, 5'4"-5'8" tall and weighing 120-160 lbs. Served him in the electrical room. Banker here also with subject**

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.
Dated: May 9, 2011 at Tacoma, WA

by ______________________
**S. Hickey PCR #14340**

MAY 11 2011
FOR FILING

The documents listed above were served in accordance with RCW 4.28.080 and/or client instructions. If service was substituted on another person or left with a person that refused to identify themselves, it is incumbent upon the client to notify ABC Legal Services, Inc. immediately in writing if further attempts to serve, serve by mail, or investigate are required. If service was substituted on another person, pursuant to RCW 4.28.080 (16), service shall be complete on the tenth day after a copy of the documents are mailed to the subject at the address where service was made. Documents were not mailed by ABC Legal Services, Inc.

Service Notes:

**05/05/2011 20:16: Per JOHN DOE, WHO REFUSED TO GIVE NAME, RESIDENT, a black-haired Asian male contact approx. 45-55 years of age, 5'4"-5'8" tall and weighing 120-160 lbs; subject unknown.**

| | | | | | |
|---|---|---|---|---|---|
| Documents: | 22.00 | Secretarial: | 0.00 | Other: | 83.60 |
| Travel: | 40.80 | Postage: | 0.00 | Total: | 191.40 |
| Invalid Address ( 1 ) | 0.00 | Photo: | 0.00 | Pre-Paid Retainer: | 0.00 |
| Proof Preparation: | 10.00 | Rush / Special: | 0.00 | | |
| Summons Copy: | 0.00 | Wait / Stake Out Time: | 35.00 | **AMOUNT DUE** | **191.40** |

Client Ref.:
Hanson, Baker Et Al
2229 112th Ave NE, Suite 200
Bellevue, WA 98004
425 454-3374

**CLIENT COPY**
**PROOF OF SERVICE**

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
Tracking #: **6741669**

# SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

PACIFIC INTERNATIONAL BANK,
Plaintiff/Petitioner

vs.
HOLLY GLOBAL INVESTMENT, INC., A WASHINGTON CORPORATION, ET AL,
Defendant/Respondent

Cause #: **11-2-16009-2SEA**

Declaration of Service of:

**SUMMONS AND VERIFIED COMPLAINT FOR (1) APPOINTMENT OF A GENERAL RECEIVER, AND (2) BREACH OF COMMERCIAL GUARANTIES; MEMORANDUM IN SUPPORT OF (1) MOTION FOR ORDER SHORTENING TIME AND (2) MOTION FOR ORDER TO SHOW CAUSE WHY A GENERAL RECEIVER SHOULD NOT BE APPOINTED; ORDER TO SHOW CAUSE (CERT. COPY); DECLARATION OF JAMES PRESTON; ORDER SETTING CIVIL CASE SCHEDULE**

Hearing Date: **May 17 2011**

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of **May 6 2011 3:20PM**

at the address of **9915 S TACOMA WY LAKEWOOD**

within the County of **PIERCE** State of **WASHINGTON**

the declarant duly served the above described documents upon

**JOSEPH OH and JANE DOE OH**

by then and there personally delivering **2** true and correct copy(ies) thereof, by then presenting to and leaving the same with

**JOSEPH OH A gray black-haired Asian male approx. 55-65 years of age, 5'4"-5'8" tall and weighing 120-160 lbs. Served him in electrical room. Banker here also with subject.**

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: May 9, 2011 at Tacoma, WA

by ______________________
S. Hickey PCR #14340

ORIGINAL CERT
MAY 11 2011
FOR FILING

The documents listed above were served in accordance with RCW 4.28.080 and/or client instructions. If service was substituted on another person or left with a person that refused to identify themselves, it is incumbent upon the client to notify ABC Legal Services, Inc. immediately in writing if further attempts to serve, serve by mail, or investigate are required. If service was substituted on another person, pursuant to RCW 4.28.080 (16), service shall be complete on the tenth day after a copy of the documents are mailed to the subject at the address where service was made. Documents were not mailed by ABC Legal Services, Inc.

Service Notes:

**05/05/2011 20:17: Per JOHN DOE, WHO REFUSED TO GIVE NAME, RESIDENT, a black-haired Asian male contact approx. 45-55 years of age, 5'4"-5'8" tall and weighing 120-160 lbs; subject unknown.**

| | | | | | |
|---|---|---|---|---|---|
| Documents: | 36.00 | Secretarial: | 0.00 | Other: | 0.00 |
| Travel: | 0.00 | Postage: | 0.00 | Total: | 46.00 |
| Invalid Address ( 1 ) | 0.00 | Photo: | 0.00 | Pre-Paid Retainer: | 0.00 |
| Proof Preparation: | 10.00 | Rush / Special: | 0.00 | | |
| Summons Copy: | 0.00 | Wait / Stake Out Time: | 0.00 | **AMOUNT DUE** | **46.00** |

Client Ref.:
Hanson, Baker Et Al
2229 112th Ave NE, Suite 200
Bellevue, WA 98004
425 454-3374

**CLIENT COPY**
**PROOF OF SERVICE**

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
Tracking #: **6741668**

# EXHIBIT C

CERTIFIED COPY

**FILED**
KING COUNTY, WASHINGTON
MAY 04 2011
DEPARTMENT OF
JUDICIAL ADMINISTRATION

EXP07

SUPERIOR COURT OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| PACIFIC INTERNATIONAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLY GLOBAL INVESTMENT, INC., a Washington corporation; and JOSEPH OH and JANE DOE OH, husband and wife, and the marital community composed thereof,<br><br>Defendants. | Cause No.: 11-2-16009-2 SEA<br><br>ORDER TO SHOW CAUSE<br><br>*[Clerk's Action Required]* |

THIS MATTER having come on for hearing before this Court upon the Motion of Plaintiff Pacific International Bank in the above-entitled action, for an order directing Defendants Holly Global Investment, Inc. ("Holly Global") to appear before this Court and show cause why Pivotal Solutions, Inc. should not be appointed as a General Receiver for all assets of Holly Global, now, therefore,

IT IS HEREBY ORDERED that Defendant Holly Global appear before this Court in Room W325 of the King County Superior Court, 516 Third



HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 112th Avenue NE, Suite 200
Bellevue, Washington 98004
(425) 454-3374
tgraham@hansonbaker.com

Avenue, Seattle, Washington on the 17 day of May, 2011 at 9:00 a.m./p.m., and then and there show cause why Pivotal Solutions, Inc. should not be appointed General Receiver pursuant to Plaintiff Pacific International Bank's Verified Complaint for (1) Appointment of General Receiver, and (2) Breach of Commercial Guaranties.

DONE IN OPEN COURT this 4 day of May, 2011.

~~JUDGE/~~COURT COMMISSIONER
Scott Johnson

Presented by:

HANSON BAKER LUDLOW
DRUMHELLER P.S.

By: ______________________
TIMOTHY J. GRAHAM
WSBA No. 26041
tgraham@hansonbaker.com
Attorney for Plaintiff



W:\WPDOCS\10133\009\B0118617.DOC

HANSON BAKER LUDLOW DRUMHELLER P.S.
2229 112th Avenue NE, Suite 200
Bellevue, Washington 98004
(425) 454-3374
tgraham@hansonbaker.com

I BARBARA MINER, Clerk of the Superior Court of the State of Washington for King County, do hereby certify that this copy is a true and perfect transcript of said original as it appears on file and of record in my office and of the whole thereof IN TESTIMONY WHEREOF I have affixed this seal of said Superior Court at my office at Seattle on this date MAY 04 2011

BARBARA MINER, Superior Court Clerk

By

Deputy Cl

R. PARKER

EXHIBIT D

The Honorable Brian D. Lynch
Chapter 11

| | |
|---|---|
| Hearing Date: | August 31, 2011 |
| Hearing Time: | 3:00 p.m. |
| Hearing Location: | Courtroom I |
| Response Date: | At Time of Hearing |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>HOLLY GLOBAL INVESTMENT, INC.,<br><br>Debtor. | Case No.: 11-43954<br><br>ORDER GRANTING MOTION TO DISMISS CHAPTER 11 |

THIS MATTER came before the Court on Debtor's Motion to Dismiss Chapter 11 (the "Motion"). The Court has considered the Motion, and the files and records herein, and being otherwise fully advised in the premises, it is hereby ordered:

This case is dismissed. The dismissal is effective immediately.

____________________________
The Honorable Brian D. Lynch
United States Bankruptcy Judge

Presented by:

By: /s/ Jason Anderson
Jason Anderson, WSBA No. 32232
Attorney for Debtor



Law Office of Jason E. Anderson
8015 15TH Ave NW
Seattle, WA 98117
(206) 706-2882 / Fax (206) 783-0653
Email: Jason@jasonandersonlaw.com

Approved for Entry as to Form;
Notice of Presentation Waived:

HANSON BAKER LUDLOW
DRUMHELLER P.S.

By:/s/ Timothy J Graham
Timothy J. Graham, WSBA No. 26041
tgraham@hansonbaker.com
Cynthia A. Kuno, WSBA No. 17217
ckuno@hansonbaker.com
Attorneys for Pacific International Bank



Law Office of Jason E. Anderson
8015 15TH Ave NW
Seattle, WA 98117
(206) 706-2882 / Fax (206) 783-0653
Email: Jason@jasonandersonlaw.com